# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09cv230-RJC-DSC

| | |
|---|---|
| **LARRY B. GAITHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **V & H TRUCKS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on the pro se plaintiff's motion for voluntary dismissal (Doc. No. 17) and the defendant's response (Doc. No. 18).

The Magistrate Judge issued a Memorandum and Order on February 25, 2010, requiring the plaintiff to comply with the defendant's discovery requests by specific dates. Further, the Magistrate Judge warned the plaintiff that his case may be dismissed with prejudice if he failed to comply with the order. On March 25, 2010, the plaintiff filed a motion seeking to voluntarily dismiss his complaint, but he did not state whether he sought dismissal without prejudice. On March 29, 2010, the defendant filed a response consenting to dismissal with prejudice.

Ordinarily, a motion for voluntary dismissal is granted without prejudice. See Andes v. Versant Corp., 788 F.2d 1033, 1036 (4th Cir. 1986). However, a court has discretion to dismiss a plaintiff's complaint with prejudice under Federal Rule of Civil Procedure 41(a)(2). Id. at 1037. In the face of a looming discovery compliance deadline imposed by the Magistrate Judge and a warning that failure to comply could result in dismissal with prejudice, the plaintiff filed his motion for voluntary dismissal. Based on this adequate warning and the fact that the plaintiff filed his motion less than a week before a discovery compliance deadline of March 31, the Court finds

dismissal with prejudice appropriate.

**IT IS, THEREFORE, ORDERED** that the plaintiff's motion for voluntary dismissal (Doc. No. 17) is **GRANTED** as to the request for dismissal, and the plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Signed: March 31, 2010

Robert J. Conrad, Jr.
Chief United States District Judge